FILED
CLERK, U.S. DISTRICT COURT
01/16/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: ___AP___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ED CR. No. 24-134(A)-JFW |
|---|---|
| Plaintiff, | <u>FIRST</u> <u>SUPERSEDING</u> <u>INFORMATION</u> |
| v. | |
| JONATHAN A. BARAJAS NAVA, | [18 U.S.C. §§ 247(a)(1), (d)(3): Damage to Religious Property] |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. §§ 247(a)(1), (d)(3)]

On or about April 24, 2024, in San Bernardino County, within the Central District of California, defendant JONATHAN A. BARAJAS NAVA, using fire, intentionally defaced, damaged, and destroyed religious real property, namely, the Retreat Church and Yucaipa Christian Preschool in Yucaipa, California, in and

///

///

affecting interstate commerce, because of its religious character.

```
                            E. MARTIN ESTRADA
                            United States Attorney

                            /s/ Lindsey Greer Dotson

                            LINDSEY GREER DOTSON
                            Assistant United States Attorney
                            Chief, Criminal Division

                            SEAN D. PETERSON
                            Assistant United States Attorney
                            Chief, Riverside Branch Office

                            PETER DAHLQUIST
                            Assistant United States Attorney
                            Deputy Chief, Riverside Branch Office

                            AUSTIN D. YOUNG
                            Assistant United States Attorney
                            Riverside Branch Office
```